# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KHALIL JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PROFESSIONAL PROBATION SERVICES, INC.; SONJALYN JOHNSON, and CLAY COX,<br><br>　　　　Defendants. | Civil Action No. 1:20-cv-01926-LMM-CMS<br><br>JURY TRIAL DEMANDED |

## DEFENDANT PROFESSIONAL PROBATION SERVICES, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1)　The undersigned counsel of record for Defendant Professional Probation Services, Inc. certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation, that owns 10% or more of the stock of Defendant Professional Probation Services, Inc.:

- Plaintiff, Khalil Johnson;

- Professional Probation Services, Inc., Defendant;

- Sonjalyn Johnson, Defendant

10789237v.1

- Clay Cox, Defendant

- Professional Probation Services, Inc. is a wholly owned subsidiary of Cox Corrections X, LLC

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: None other than the parties.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Defendant Professional Probation Services, Inc. in this proceeding: Parks K. Stone and Tawana B. Johnson.

This 27th day of May, 2020.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ Parks K. Stone*
Parks K. Stone
GA Bar No. 547930
Tawana B. Johnson
GA Bar No. 339485

3348 Peachtree Road NE
Suite 1400
Atlanta, GA 30326
T: 470.419.6650
F: 470.419.6651
parks.stone@wilsonelser.com

10789237v.1

tawana.johnson@wilsonelser.com

*Counsel for Defendant Professional Probation Services, Inc.*

10789237v.1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing ***DEFENDANT PROFESSIONAL PROBATION SERVICES, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT*** upon all parties to this matter by electronically filing the same with the CM/ECF electronic filing system, which will cause a copy of the pleading to be electronically served on the following counsel:

MOLDEN & ASSOCIATES
Regina S. Molden
T. Orlando Pearson
Peachtree Center – Harris Tower, Suite 1245
233 Peachtree Street, N.E.
Atlanta, Georgia 30303
rmolden@moldenlaw.com
topearson@moldenlaw.com
*Counsel for Plaintiff*

This 27th day of May, 2020.

/s/ Parks K. Stone

10789237v.1